No. 85–134. ZUGER *v.* UNITED STATES. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–5007. PAVILONIS *v.* MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–5148. BOWDEN *v.* IDAHO DEPARTMENT OF HEALTH AND WELFARE. Appeal from Sup. Ct. Idaho dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1891. BRUNO *v.* NEW ORLEANS DEPARTMENT OF PO- LICE. Appeal from Sup. Ct. La. dismissed for want of jurisdic- tion. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would postpone consideration of question of jurisdiction to a hearing of the case on the merits.

No. 84–6865. RUCKER *v.* CITY OF ST. LOUIS ET AL. Appeal from D. C. E. D. Mo. dismissed for want of jurisdiction.

No. 85–57. STOP-N-GO, INC. *v.* BRADFIELD, ADMINISTRATOR OF THE ESTATE OF BRADFIELD. Appeal from Sup. Ct. Ohio dis- missed for want of jurisdiction.

No. 85–148. BLUE CROSS & BLUE SHIELD OF MICHIGAN *v.* MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.